**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Kenneth Hunt | 12/26/1941 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Keely Hunter-Allen | 7/1/1969 | Georgia | Northern District of Georgia | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Michael Hupp | 3/10/1962 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Cherryl Hurd | 7/3/1967 | Oklahoma | Western District of Oklahoma | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Richard Glen Hurst | 10/30/1950 | Washington | Eastern District of Washington | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 6. | Maya Inderrieden | 10/12/2011 | Washington | Eastern District of Washington | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 7. | Roseanna Inkeles | 9/14/1962 | Oregon | District of Oregon | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Jonathan Ison | 12/11/1977 | Utah | District of Utah | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Margrett Ivy | 9/23/1971 | Michigan | Eastern District of Michigan | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Wilson Jackson | 9/30/1962 | Virginia | Eastern District of Virginia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Jackie Jackson | 1/9/1964 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Bryan Jackson | 11/3/1982 | North Carolina | Eastern District of North Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Stacey Jackson | 10/8/1978 | Nebraska | District of Nebraska | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 14. | Angela Jackson | 10/8/1967 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Latia Jackson | 4/20/1994 | South Carolina | District of South Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Shellie Jacob | 12/8/1963 | Texas | Eastern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 17. | Taylor Jamison | 2/20/1990 | Louisiana | Western District of Louisiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Richard Carl Janssen | 2/27/1938 | North Carolina | Eastern District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Dawn Jarnigan | 6/12/1970 | Maryland | District of Maryland | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | John Jeffery | 10/14/1970 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 21. | Geraldine Jenkins-Jonas | 3/25/1957 | California | Central District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 22. | Paula Jennings | 7/18/1977 | Texas | Southern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 23. | Raymond Jimenez | 3/14/1964 | Florida | Southern District of Florida | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Christopher Lamont Johnson | 6/15/1974 | South Carolina | District of South Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Christopher Johnson Sr. | 5/2/1977 | Georgia | Northern District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Walter Johnson | 6/26/1948 | South Carolina | District of South Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Pamela Johnson | 11/9/1961 | Arkansas | Eastern District of Arkansas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | James Luther Johnson | 4/14/1980 | Tennessee | Eastern District of Tennessee | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Connie Johnson | 11/13/1970 | Georgia | Northern District of Georgia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Jeffrey Arnez Johnson | 12/6/1961 | Louisiana | Eastern District of Louisiana | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Nyenye Rowan Johnson | 8/8/1978 | Alabama | Middle District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Keasha Johnson | 1/17/1984 | Louisiana | Eastern District of Louisiana | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Tina Johnson | 7/30/1960 | Ohio | Northern District of Ohio | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Matthew Johnson | 5/31/1983 | Maryland | District of Maryland | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 35. | Nancy Johnson | 10/21/1962 | Colorado | District of Colorado | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Shakena Johnson | 6/1/1977 | Georgia | Northern District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | James Johnston | 5/5/1956 | North Carolina | Eastern District of North Carolina | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Jodie Jones | 9/5/1960 | Florida | Middle District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Paul Jones | 7/25/1961 | Texas | Southern District of Texas | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Michael Jones | 12/22/1954 | Ohio | Southern District of Ohio | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 41. | Anthony Jones | 5/18/1981 | North Carolina | Eastern District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Glynis Jones | 12/7/1966 | Georgia | Northern District of Georgia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Lavarie Jones | 3/21/1960 | Ohio | Southern District of Ohio | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | Lawrence Jones | 12/24/1952 | South Carolina | District of South Carolina | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Kristina Jones | 8/16/1978 | California | Central District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Victoria Robyn Jordan | 3/8/1957 | California | Eastern District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 47. | Monica Journey | 10/2/1976 | Nebraska | District of Nebraska | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Joan M Joyce | 12/11/1957 | New York | Eastern District of New York | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Kyle Juarez | 11/9/1991 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | George Junkins | 5/31/1979 | Pennsylvania | Middle DIstrict of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Joseph III Kady | 7/31/1949 | Florida | Middle District of Florida | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | Jessica Kailis | 8/7/1987 | Florida | Southern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 53. | Tracy Kayala | 5/4/1965 | Washington | Western District of Washington | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Khristine Kellar | 9/4/1983 | West Virginia | Northern District of West Virginia | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Jerry Kemp | 11/8/1950 | North Carolina | Western District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Lenore Y Kendall | 8/10/1964 | Virginia | Eastern District of Virginia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Denessa Dorinna Kendrick | 5/13/1976 | Texas | Northern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Jason Kennedy | 12/16/1988 | North Carolina | Eastern District of North Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Felicia Kennedy | 4/24/1983 | Iowa | Northern DIstrict of Iowa | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Allison Kent | 9/13/1994 | California | Northern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Georgina Kidd | 11/2/1970 | California | Central District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Frankie Killings-Larkin | 4/19/1969 | Mississippi | Southern District of Mississippi | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Isaac King | 3/8/1958 | Missouri | Eastern District of Missouri | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Carl King | 12/18/1955 | Illinois | Northern District of Illinois | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 65. | Devon King | 4/21/1993 | New York | Northern District of New York | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Ruby Kirbo | 5/7/1984 | Texas | Western District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 67. | Lee Benjamin Kirnon | 7/21/1964 | Maryland | District of Maryland | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | John Kittle | 6/9/1951 | Colorado | District of Colorado | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Justin Klemm | 10/1/1981 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Brittney Knight | 11/28/1985 | Utah | District of Utah | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 71. | Kimberly Knight | 4/2/1970 | Tennessee | Eastern District of Tennessee | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Shannon Knight | 8/24/1990 | Indiana | Northern District of Indiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | William M Knox | 9/25/1960 | Virginia | Western District of Virginia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Ryan Kott | 11/1/1974 | South Dakota | District of South Dakota | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 75. | Amber Kramer | 11/23/1984 | Michigan | Eastern District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Jonathan Kroskey | 8/24/1985 | California | Northern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 77. | Corie Kruse | 5/3/1972 | Michigan | Eastern District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Natalie Kumar | 6/22/2008 | Kentucky | Eastern District of Kentucky | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Tracy Lamar | 10/6/1987 | Arizona | District of Arizona | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Dejun Lamar | 6/4/1981 | Georgia | Northern District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | William Lambert | 4/22/1982 | Arkansas | Eastern District of Arkansas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Michele Landry | 1/9/1991 | Louisiana | Eastern District of Louisiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 83. | Waylon Lane | 2/1/1987 | Alabama | Middle District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Adam Langlois | 5/6/2006 | Arizona | District of Arizona | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Lindsay M Lanier | 7/20/1995 | South Carolina | District of South Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Joshua Lapetoda | 1/13/2019 | Virginia | Eastern District of Virginia | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Tony Neal Larpenter | 6/3/1981 | Louisiana | Eastern District of Louisiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Maria Lauck | 1/1/1971 | Ohio | Southern District of Ohio | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 89. | Jennifer Laudisi | 7/15/1973 | Connecticut | District of Connecticut | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Brian Thomas Lavender | 12/18/1962 | California | Central District of California | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 91. | Chase Lawrence | 7/14/2003 | Arizona | District of Arizona | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Heather Lawrence | 5/25/1984 | Oklahoma | Western District of Oklahoma | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Leah Leak | 5/23/1980 | South Carolina | District of South Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Melissa Anne LeBuis | 6/8/1970 | North Carolina | Eastern District of North Carolina | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 95. | Felix Joseph Lederhaus | 5/8/1958 | Oklahoma | Western District of Oklahoma | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Bob Lee | 11/8/1950 | Texas | Northern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Edgar Leistner Jr. | 9/27/1954 | Florida | Southern District of Florida | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | Lorielle Lent | 7/29/1988 | New York | Eastern District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Richard Raymond Lentz | 11/15/1959 | New Jersey | District of New Jersey | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Sharon Lentz | 10/3/1956 | Washington | Western District of Washington | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 101. | Clara Jean Levine | 9/21/1947 | Maryland | District of Maryland | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | James Liberski | 2/20/1951 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Gena Licata | 10/31/1966 | New York | Western District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Kayla Light | 7/23/1993 | Tennessee | Eastern District of Tennessee | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Thomas Lee Lindsay II | 9/2/1961 | Virginia | Eastern District of Virginia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Marlon Anthony Lindsey | 2/12/1970 | Minnesota | District of Minnesota | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 107. | Kyle R Linville | 4/11/1976 | Indiana | Southern DIstrict of Indiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Chris Lippincott | 4/8/1988 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Kerri Little | 4/14/1977 | California | Northern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | Tameka Lockett | 12/15/1985 | Illinois | Northern District of Illinois | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Maryangelia Locklear | 9/5/1966 | North Carolina | Eastern District of North Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Paul Loede | 8/17/1974 | Nebraska | District of Nebraska | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Jean Ilene Logan | 12/11/1968 | California | Eastern District of California | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Bonita Logan | 12/3/1974 | Georgia | Northern District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Lucious Long | 2/2/1957 | North Carolina | Middle DIstrict of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Angela Longoria | 4/5/1981 | Texas | Western District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Alyssa Loomer | 3/23/1989 | Washington | Eastern District of Washington | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Alice Lopez | 2/5/1954 | California | Central District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 119. | Anamaria Lopez | 8/28/1983 | Florida | Southern DIstrict of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | Kelley Lopez | 1/26/1985 | Maryland | District of Maryland | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Alex Lopez | 2/12/1978 | Texas | Western District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Andrew Lovett III | 9/7/1973 | Florida | Middle District of Florida | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | William Clayton Lowe Jr. | 3/26/1951 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Jeff Loy | 12/20/1965 | Arkansas | Eastern District of Arkansas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 125. | Barry Lucas | 1/5/1954 | Oklahoma | Western District of Oklahoma | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Davion Lucas | 6/3/1993 | California | Central District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Ryanne Lucero | 9/6/1982 | Michigan | Western District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 128. | Natalie Luedtke | 12/17/1985 | Illinois | Northern District of Illinois | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Anthony Luke | 4/7/1987 | Alabama | Northern District of Alabama | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | Derek Lyle | 4/6/1986 | Idaho | District of Idaho | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 131. | David Lynch | 6/3/1965 | Colorado | District of Colorado | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Susan Lyon | 1/30/1958 | Missouri | Western District of Missouri | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Dana Lyons | 5/17/1971 | California | Eastern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Kevin MacDonald | 6/28/1963 | Illinois | Southern District of Illinois | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Donald Madonia | 6/3/1953 | Florida | Middle District of Florida | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 136. | Michael Richard Majestic | 5/30/1952 | California | Eastern District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 137. | Aaron Makanoff | 3/26/1981 | Maryland | District of Maryland | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Debra Maldonado | 9/24/1961 | New Jersey | District of New Jersey | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Edwin A Malone | 10/23/1952 | Washington | Eastern District of Washington | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Kandia Malone | 2/5/1993 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Paula Malone | 6/21/1951 | California | Central District of California | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Shirley Malski | 6/6/1966 | Tennessee | Eastern District of Tennessee | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 143. | Jose Deleon Manglicmot | 9/11/1965 | California | Eastern District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 144. | Lori Mansell | 10/14/1968 | Virginia | Eastern District of Virginia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | Jonathan Mansfield | 2/20/1985 | Kentucky | Western District of Kentucky | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | Kumasi Mants | 4/12/1973 | Louisiana | Middle District of Louisiana | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | Melisa Maras | 6/26/1965 | California | Northern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Laurinda Mariano-Chapman | 4/15/1963 | Delaware | District of Delaware | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 149. | Joshua Marini | 9/23/1988 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | Janice Marks | 9/16/1957 | Indiana | Northern District of Indiana | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |